Merlin C. Joy *vs*. Ralph A. Jewell et al.

Somerset.   Decided September 13, 1939.   Appeal dismissed with additional costs.

Decree below affirmed. So ordered. *Paul L. Woodworth*, for plaintiff. *Pattangall, Goodspeed & Williamson*, for defendants.